WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 475-7967; Fax: (702) 946-1345
knielson@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank N.A., successor by merger to Bank One, National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2002-RS3*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK N.A., SUCCESSOR BY MERGER TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2002-RS3,<br><br>    Plaintiff,<br><br>    vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; LEACH JOHNSON SONG & GRUCHOW, LTD., a Nevada limited liability company; and CANYON GATE MASTER ASSOCIATION, a Nevada non-profit corporation;<br><br>    Defendants | Case No.: 2:18-cv-00978-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT CANYON GATE MASTER ASSOCIATION'S FRCP 12(b)(6) PARTIAL MOTION TO DISMISS**<br><br>**(First Request)** |

/./././

## STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT CANYON GATE MASTER ASSOCIATION'S FRCP 12(b)(6) PARTIAL MOTION TO DISMISS

Plaintiff, The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank N.A., successor by merger to Bank One, National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2002-RS3 ("Plaintiff"), and Defendant, Canyon Gate Master Association ("HOA") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On May 29, 2018, Plaintiff filed its Complaint which named SFR Investments Pool 1, LLC and HOA as defendants [ECF No. 1]. On August 15, 2018, HOA filed its FRCP 12(b)(6) Partial Motion to Dismiss [ECF No. 10] (the "Motion"). Presently, the deadline for Plaintiff to file and serve its response to HOA's Motion is August 29, 2018. The Parties have discussed extending the deadline for Plaintiff to file its response by two weeks to September 12, 2018.

This is the first stipulation for extension of time for Plaintiff to respond to HOA's Motion. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

/././

/././

/././

/././

/././

/././

/././

/././

/././

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for Plaintiff to file its response to HOA's FRCP 12(b)(6) Partial Motion to Dismiss shall be extended to September 12, 2018.

DATED this 27th day of August, 2018.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Krista J. Nielson*
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank N.A., successor by merger to Bank One, National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2002-RS3*

DATED this 27th day of August, 2018.
TYSON & MENDES LLP

*/s/ Christopher A. Lund*
Thomas E. McGrath, Esq.
Nevada Bar No. 7086
Christopher A. Lund, Esq.
Nevada Bar No. 12435
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendant Canyon Gate Master Association*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: August 28, 2018.