# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, et al.,<br><br>Defendants. | Case No. 2:18-cv-00978-APG-CWH<br><br>**ORDER** |

Presently before the court is defendant SFR Investment Pool 1, LLC's demand for security costs (ECF No. 12), filed on August 21, 2018. The motion is unopposed.

Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to granting of the motion." Therefore, the court will grant defendant's motion.

IT IS THEREFORE ORDERED that defendant's demand for security costs (ECF No. 12) is GRANTED.

IT IS FURTHER ORDERED that plaintiff must post a $500.00 security bond with the clerk of court. This case is STAYED until plaintiff complies with this order.

DATED: September 14, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE