WRIGHT, FINLAY & ZAK, LLP
Bradley T. Wibicki, Esq.
Nevada Bar No. 11321
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 475-7967; Fax: (702) 946-1345
knielson@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank N.A., successor by merger to Bank One, National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2002-RS3*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK N.A., SUCCESSOR BY MERGER TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2002-RS3,<br><br>        Plaintiff,<br><br>  vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; LEACH JOHNSON SONG & GRUCHOW, LTD., a Nevada limited liability company; and CANYON GATE MASTER ASSOCIATION, a Nevada non-profit corporation;<br><br>        Defendants. | Case No.: 2:18-cv-00978-APG-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR BONY TO FILE REPLIES IN SUPPORT OF MOTION TO ALTER OR AMEND JUDGMENT [ECF NO. 34] AND FOR RECONSIDERATION PURSUANT TO FED. R. CIV. P. 59 AND 60 [ECF NO. 35]**<br><br>**(FIRST REQUEST)** |

Plaintiff, The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank N.A., successor by merger to Bank One, National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2002-RS3 ("Plaintiff" or "BONY"), and Defendant, SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on March 28, 2019, BONY filed a Motion to Alter or Amend Judgment [ECF No. 34] and for Reconsideration Pursuant to Fed. R. Civ. P. 59 and 60 [ECF No. 34] (the "Motions");

WHEREAS, on April 11, 2019, BONY and Defendant, Canyon Gate Master Association ("Canyon Gate"), filed a Stipulation and [Proposed] Order for Extension of Time for Defendant Canyon Gate Master Association to File Response to The Bank of New York Mellon Trust Company's Motion to Alter or Amend Judgment; and for Reconsideration Pursuant to Fed. R. Civ. P. 59 and 60 [ECF No. 37], wherein it was agreed that Canyon Gate shall have up to and until April 22, 2019 to file Responses to the Motions, and that BONY shall have up to and until May 6, 2019 to file Replies to Canyon Gate's Responses;

WHEREAS, on April 11, 2019, SFR filed Responses to the Motions [ECF Nos. 38 and 39];

WHEREAS, BONY's Replies to SFR's Responses are currently due on April 18, 2019;

WHEREAS, in the interests of judicial economy and efficiency, the Parties agree that BONY shall have up to and until May 6, 2019 to file Replies to SFR's Responses, the same date its Replies to Canyon Gates's Responses are due;

THEREFORE, based on the above:

IT IS HEREBY STIPULATED AND AGREED that the deadline for BONY to file Replies to SFR's Responses shall be continued from April 18, 2019 to May 6, 2019.

/ / /

/ / /

This is the Parties' first request for extension of the deadline for BONY to file Replies to SFR's Responses. This request is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED AND AGREED.

DATED this 18th day of April, 2019.

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Krista J. Nielson, Esq.*
Bradley T. Wibicki, Esq.
Nevada Bar No. 11321
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff, The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank N.A., successor by merger to Bank One, National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2002-RS3*

DATED this 18th day of April, 2019.

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron, Esq.*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for Defendant, SFR Investments Pool 1, LLC*

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR BONY TO FILE REPLIES IN SUPPORT OF MOTION TO ALTER OR AMEND JUDGMENT [ECF NO. 34] AND FOR RECONSIDERATION PURSUANT TO FED. R. CIV. P. 59 AND 60 [ECF NO. 35] (FIRST REQUEST)**
Case No.: 2:18-cv-00978-APG-CWH

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: April 19, 2019.