WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
knielson@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank N.A., successor by merger to Bank One, National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2002-RS3*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK N.A., SUCCESSOR BY MERGER TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2002-RS3, <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; LEACH JOHNSON SONG & GRUCHOW, LTD., a Nevada limited liability company; and CANYON GATE MASTER ASSOCIATION, a Nevada non-profit corporation; <br><br> Defendants | Case No.: 2:18-cv-00978-APG-CWH <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY TO SFR INVESTMENTS POOL 1, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT REGARDING UNJUST ENRICHMENT CLAIM AND COUNTERMOTION TO STRIKE DOCUMENT DISCLOSED OUTSIDE OF REQUIREMENTS IN FRCP 26(a)(1)(A) (ECF NOS. 51-52)** <br><br> **(FIRST REQUEST)** |

Plaintiff, Plaintiff, The Bank of New York Mellon Trust Company, National Association

fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank N.A., successor by merger to Bank One, National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2002-RS3 ("BONY"), and Defendant, SFR Investments Pool 1, LLC ("SFR") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On May 28, 2019, Plaintiff filed its Motion for Summary Judgment Regarding Unjust Enrichment Claim [ECF No. 50] ("Motion"). SFR opposed Plaintiff's Motion and filed its Countermotion to Strike Document Disclosed Outside of Requirements in FRCP 26(a)(1)(A) on June 18, 2019 [ECF Nos. 51-52] (the "Opposition" and "Countermotion"). Presently, Plaintiff's opposition to SFR's Countermotion, and its reply to SFR's Opposition are due July 2, 2019.

The Parties have discussed extending the deadline for Plaintiff to file its reply to SFR's Opposition and its Opposition to SFR's Countermotion by one week to July 9, 2019, due to Plaintiff's counsel schedule the week of July 1, 2019. This is the first stipulation for extension of time of the deadline for Plaintiff to file its reply to SFR's Opposition and its opposition to SFR's Countermotion. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

WHEREFORE, based on the foregoing,

IT IS HEREBY STIPULATED AND AGREED that the deadline for Plaintiff to file a reply in support of its Motion for Summary Judgment Regarding Unjust Enrichment Claim [ECF No. 50] to SFR's Opposition [ECF No. 51] shall be extended to July 9, 2019.

/././
/././
/././
/././
/././
/././
/././
/././

IT IS FURTHER STIPULATED AND AGREED that the deadline for Plaintiff to file its Opposition to SFR's Countermotion to Strike Document Disclosed Outside of Requirements in FRCP 26(a)(1)(A) [ECF No. 52] shall be extended to July 9, 2019.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 1st day of July, 2019.<br>WRIGHT, FINLAY & ZAK, LLP | DATED this 1st day of July, 2019.<br>KIM GILBERT EBRON |
| */s/ Krista J. Nielson, Esq.*<br>R. Samuel Ehlers, Esq.<br>Nevada Bar No. 9313<br>Krista J. Nielson, Esq.<br>Nevada Bar No. 10698<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff, The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank N.A., successor by merger to Bank One, National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2002-RS3* | */s/ Diana S. Ebron, Esq.*<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for Defendant, SFR Investments Pool 1, LLC* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: July 8, 2019.